UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ARIANA GIANELLY MATA CONSTANTINI, <br> *Petitioner* <br><br> v. <br><br> SEC. OF DHS KRISTI NOEM, US ATTORNEY GENERAL PAMELA BONDI, ACTING DIRECTOR, ICE TODD M. LYONS, MIGUEL VERGARA, WARDEN ROSE THOMPSON, <br> *Respondents* | § § § § § § § § § § § § § § Case No.  SA-26-CA-00323-XR |

# ORDER

On this date, the Court considered the status of this case.  Petitioner Ariana Gianelly Mata Constantini is a Peruvian citizen and national who was detained by Respondents.  She brought this Petition for a writ of habeas corpus to challenge her detention.  However, on March 4, 2026, the parties informed the Court that Petitioner has been removed from the country.  ECF No. 10.  Respondents are thus no longer detaining Petitioner, and the Petition is moot.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that Petitioner's Motion for a Temporary Restraining Order and/or Preliminary Injunction (ECF No. 2) is **DISMISSED AS MOOT.**

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this 9th day of March, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE